IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 16 2003

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 03-744 |
| ) | |
| vs. ) | 16 U.S.C. §§ 1538(a)(1)(B) and (D): |
| ) | Taking and Possessing a federally |
| KENNETH BOCK, ) | threatened endangered species subject to |
| ) | the jurisdiction of the United States; and |
| Defendant. ) | 18 U.S.C. § 2: Aiding and Abetting. |
| ) | |

**INFORMATION**

The United States Attorney charges:

From on or about the 16th day of May, 1998, in Hildago County, in the State and District of New Mexico, the Defendant KENNETH BOCK, did knowingly and unlawfully take, possess, carry, and transport a federally threatened species, to wit: a New Mexico Ridge-nosed Rattlesnake (Crotalus willardi obscurus), in violation of the Endangered Species Act.

In violation of 16 U.S.C. §§ 1538(a)(1)(B) and (D), and 18 U.S.C. § 2.

DAVID C. IGLESIAS
United States Attorney

MARY CATHERINE MCCULLOCH
Assistant United States Attorney